UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-CV-05211-JFW-KS Date: November 24, 2026

Title *Shemika Melissa Lewis v. David Venturella*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| A. Nelson for K. Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 9, 2026, Petitioner Shemika Melissa Lewis, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging her at home electronic monitoring with conditions. (Dkt. No. 1.) Petitioner appeared to have erroneously submitted an incomplete petition that did not include her signature. As such, on October 8, 2026, the Court directed Petitioner to file a complete First Amended Petition signed under penalty of perjury on or before October 15, 2026. (Dkt. No. 5.)

To date, Petitioner has not filed a First Amended Petition or had any other contact with the Court.

Accordingly, the Court could properly recommend dismissal of the action for Petitioner's failure to comply with the Court's October 8, 2026 Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which provides that an action may be subject to involuntary dismissal "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order."

However, in the interest of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before December 23, 2026**, why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. Petitioner's response to this Order to Show Cause must include either:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-05211-JFW-KS Date: November 24, 2026

Title *Shemika Melissa Lewis v. David Venturella*

(1) a request for an extension of time to file her First Amended Petition accompanied by a sworn declaration **that establishes good cause** for both Petitioner's failure to timely file the First Amended Petition and her need for additional time; *or*

(2) a complete, **signed** First Amended Petition that fully complies with the Local Rules, Federal Rules of Civil Procedure, and this Court's orders, most notably the Court's October 8, 2026 Minute Order directing Petitioner to file a complete First Amended Petition signed under penalty of perjury.

Alternatively, if Petitioner concludes she is currently unable to comply with the deadlines necessary for prosecuting this action, Petitioner may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is expressly cautioned that the failure to respond to this Order WILL result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED**.

| | |
|---|---|
| | N/A |
| **Initials of Preparer** | an |